THE PEOPLE OF THE STATE OF NEW YORK ex rel. NICOLO MONTALBANO, Appellant, *v.* ALFRED P. W. SEAMAN et al., Composing the Board of Assessors of the City of New York, Respondents.

*Matter of Montalbano* v. *Seaman,* 173 App. Div. 908, appeal dismissed.

(Submitted February 23, 1920; decided March 2, 1920.)

MOTION to dismiss an appeal from an order of the Appellate Division of the Supreme Court in the second judicial department, entered May 10, 1916, which affirmed an order of Special Term denying a motion for a peremptory writ of mandamus.

The motion was made upon the ground of failure to file the required undertaking.

*William P. Burr, Corporation Counsel (J. H. Greener* of counsel), for motion.

No one opposed.

Motion granted and appeal dismissed, with costs and ten dollars costs of motion.

---

AMANDA TILLMAN, Individually and as Administratrix with the Will Annexed of the Estate of ANNA C. ERICKSON, Deceased, Appellant, *v.* CHARLES A. OGREN, as Executor of LARS ERICKSON, Deceased, Respondent.

(Submitted February 23, 1920; decided March 2, 1920.)

Motion for re-argument denied, with ten dollars costs and necessary printing disbursements. (See 227 N. Y. 495.)